**FILED**

**JUN 1 0 2026**

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | I N D I C T M E N T |
| | ) | |
| Plaintiff, | ) | |
| | ) | **1 :26 CR 0 0 2 8 5** |
| v. | ) | CASE NO._____ |
| | ) | Title 18, United States Code, |
| JUSTIN SWAYSLAND, | ) | Sections 111(a) and (b), and |
| | ) | 922(g)(1) and 924(a)(8)) |
| Defendant. | ) | |

**JUDGE RUIZ**

COUNT 1
(Assault of a Federal Officer, in violation of 18 U.S.C. §§ 111(a) and (b))

The Grand Jury charges:

1.　　On or about May 5, 2026, in the Northern District of Ohio, Eastern Division, Defendant JUSTIN SWAYSLAND, did intentionally and forcibly assault, resist, oppose, impede, intimidate, and interfere with Immigration and Customs Enforcement Officer, A.C., an individual designated in Title 18, United States Code, Section 1114, while said officer was engaged in the performance of his official duties as an Immigration and Customs Enforcement Officer with the United States Department of Homeland Security, and in doing so, did use a dangerous weapon, to wit, a firearm, in violation of 18 U.S.C. §§ 111(a) and (b).

COUNT 2
(Felon in Possession of a Firearm, 18 U.S.C. §§ 922(g)(1) and 924(a)(8))

The Grand Jury further charges:

2.　　On or about May 5, 2026, in the Northern District of Ohio, Eastern Division, Defendant JUSTIN SWAYSLAND, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, that being: Attempted Burglary, on

or about February 2, 2021, in case number CR-20-652124, in Cuyahoga County Common Pleas Court, knowingly possessed in and affecting interstate commerce a firearm, to wit: a SCCY, model CPX-2, 9mm caliber pistol, bearing serial number 919830, said firearm having been shipped and transported in interstate commerce, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

## FORFEITURE

The Grand Jury further charges:

3. For the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code Section, 2461(c), the allegation in Count 2 is incorporated herein by reference. As a result of the foregoing offense, Defendant JUSTIN SWAYSLAND shall forfeit to the United States all firearms and ammunition involved in or used in the commission of the violation charged in Count 2, including, but not limited to:

   a. SCCY, model CPX-2, 9mm caliber pistol, bearing serial number 919830; and

   b. miscellaneous ammunition.

A TRUE BILL.

Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.

2